1 BENJAMIN B. WAGNER
United States Attorney
2 BRIAN W. ENOS
Assistant U.S. Attorney
3 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5
Attorneys for the
6  United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK CHARLES REDDELL,<br><br>    Defendant. | Case No.: 1:13-CR-00090-LJO/SKO<br><br>**STIPULATION BETWEEN THE UNITED STATES AND DEFENDANT REGARDING PRODUCTION OF PROTECTED INFORMATION;**<br>**PROTECTIVE ORDER RE: SAME** |

WHEREAS, the discovery in this case is voluminous and contains a significant amount of private personal information regarding third parties (both adults and minors), including but not limited to their names, dates of birth, family members, telephone numbers, and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

1 | THEREFORE, defendant FRANK CHARLES REDDELL, by and through his
2 | counsel of record ("Defense Counsel"), and the United States of America,
3 | by and through Assistant United States Attorney Brian W. Enos, hereby
4 | agree and stipulate as follows:

5 | 1. This Court may enter a protective order pursuant to Rule 16(d)
6 | of the Federal Rules of Criminal Procedure, and its general supervisory
7 | authority.

8 | 2. This Order pertains to all discovery provided to or made
9 | available to Defense Counsel as part of discovery in this case
10 | (hereafter, collectively known as "the discovery").

11 | 3. By signing this Stipulation and Protective Order, Defense
12 | Counsel agrees not to share any documents that contain Protected
13 | Information with anyone other than Defense Counsel attorneys, designated
14 | defense investigators, and support staff. Defense Counsel may permit
15 | the defendant to view unredacted documents in the presence of his
16 | attorneys, defense investigators, and support staff. The parties agree
17 | that Defense Counsel, defense investigators, and support staff shall not
18 | allow the defendant to copy Protected Information contained in the
19 | discovery. The parties agree that Defense Counsel, defense
20 | investigators, and support staff may provide the Defendant with copies
21 | of documents from which Protected Information has been redacted.

22 | 4. The discovery and information therein may be used only in
23 | connection with the litigation of this case and for no other purpose.
24 | The discovery is now and will forever remain the property of the United
25 | States of America ("Government"). Defense Counsel will return the
26 | discovery to the Government or certify that it has been shredded at the
27 | conclusion of the case.
28 | ///

5.  Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6.  Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7.  In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

(As auth. 3/20/13)

Dated: March 20, 2013      By: /s/ Jeremy S. Kroger
                               Jeremy S. Kroger
                               Attorney for Defendant
                               FRANK CHARLES REDDELL


Dated: March 19, 2013          BENJAMIN B. WAGNER
                               United States Attorney

                           By: /s/ Brian W. Enos
                               Brian W. Enos
                               Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   March 20, 2013**          **/s/  Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE